No. CR-09 00137 JF     PVT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *SAN JOSE DIVISION*

**FILED**
2009 FEB 11  P 2:30
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA., S.J.

E-filing

## THE UNITED STATES OF AMERICA

*vs.*

## SHAILESHKUMAR JAIN

## INDICTMENT

**COUNT ONE:**   18 U.S.C. § 3146 - Failure to Appear After Pre-Trial Release

A true bill.

_____
Foreperson

Filed in open court this __11th__ day of __February__

A.D. 200**9**

_____
United States Magistrate Judge

Bail. $ __NO BAIL ARREST WARRANT.__
RS

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

FILED

2009 FEB 11  P 2:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JF

| UNITED STATES OF AMERICA, | ) CR-09 00137 |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: 18 U.S.C. §3146 - Failure |
| v. | ) To Appear After Pre-Trial Release |
| | ) |
| SHAILESHKUMAR JAIN, | ) SAN JOSE VENUE |
| | ) |
| a/k/a/ SAM JAIN | ) |
| | ) |
| Defendant.. | ) |

PVT

INDICTMENT

The Grand Jury charges:

On or about the 12th day of January 2009, in the Northern District of California, the defendant, SHAILESHKUMAR JAIN, having been charged with a violations of Title 18, United States Code, Section 2319(b)(1)-Criminal Copyright Infringement; Title 18, United States Code, Section 2320(a) - Trafficking in Counterfeit Goods; Title 18, United States Code, Section 1343 - Wire Fraud; and Title 18, United States Code, Section 1341 - Mail Fraud, all felonies, and having been released pursuant to chapter 207 of title 18, United States Code, in connection with the aforementioned criminal charge, for appearance before United States District Court Judge Ronald M. Whyte at United States District Court, Northern District of California, Courtroom No.

INDICTMENT

1  6 in San Jose, California, on January 12, 2009 and January 26, 2009, for a status hearing in Case
2  No. CR-08 00197 RMW, entitled <u>United States v. Shaileshkumar Jain</u>, did knowingly and
3  willfully fail to appear as required, in violation of 18 U.S.C. § 3146(a)(1).

4  DATED: 2/11/09                                    A TRUE BILL.

6                                                   /s/ Ramona Wiles
                                                    FOREPERSON

8  JOSEPH P. RUSSONIELLO
   United States Attorney

10 MATTHEW A. PARRELLA
   Chief, San Jose Branch Office

12 (Approved as to form: /s/
13                      AUSA RICHARD CHENG )

INDICTMENT                                2

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT      Name of District Court, and/or Judge/Magistrate Location
                                   ☐ SUPERSEDING     NORTHERN DISTRICT OF CALIFORNIA
                                                     SAN JOSE DIVISION

**OFFENSE CHARGED**

18 U.S.C. § 3146(a)(1) - Failure To Appear After Pre-Trial Release

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*E-filing*

PENALTY: 10 years custody ( to be served consecutively to the sentence of imprisonment of any other offense.) $250,000 fine; 3 years supervised release.

FILED
2009 FEB 11  P 2:31
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT - U.S**

▶ Shaileshkumar Jain

DISTRICT COURT NUMBER

CR - 09  00137  JF  PVT

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Rick Cortez, ICE.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSPEH P. RUSSONIELLO
                                                                 ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Richard Cheng

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments: