IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAILESHKUMAR JAIN,<br><br>    Defendant. | NO. CR-09-00137-JF<br><br>ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (FUGITIVE STATUS) |

This case is reassigned as to defendant Shaileshkumar Jain to the Executive Committee pursuant to General Order 44E.5. (Reassignment of Fugitive Criminal Cases).

DATED: December 4, 2009

                                                JEREMY FOGEL<br>
                                              United States District Judge

ORDER OF REASSIGNMENT

1